**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 191 EAL 2020

               Respondent                :

                                           :   Petition for Allowance of Appeal

                                           :   from the Order of the Superior Court

               v.                           :

                                           :

FRANK HYMAN,                       :

              Petitioner                 :

## ORDER

**PER CURIAM**

      **AND NOW**, this 2nd day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.